■ In the Matter of STEPHEN R. HUNTER, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF BLOOMING GROVE, Respondent, and JOSEPH RICK, Intervenor-Respondent.—Appeal by the petitioner from a judgment of the Supreme Court, Orange County, dated April 22, 1986.

Ordered that the judgment is affirmed, with costs to the intervenor, for reasons stated by Justice Green in the Supreme Court, Orange County. Mollen, P. J., Brown, Weinstein and Rubin, JJ., concur.